| | |
|---|---|
| 1 | ERIC D. HOUSER (SBN 130079) |
| | BRYAN P. REGAN (256879) |
| 2 | HOUSER & ALLISON |
| | A Professional Corporation |
| 3 | Carlsbad Pacific Center 1 |
| | 701 Palomar Airport Road, Suite 200 |
| 4 | Carlsbad, California 92011 |
| 5 | Telephone:   (760) 603-9664 |
| | Facsimile:    (760) 603-9668 |
| 6 | E-Mail: bregan@houser-law.com |

Attorneys for Defendants, Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP, | Case No. 3:11-cv-03017-BTM-NLS |
| Plaintiff | Hon. Barry Ted Moskowitz |
| v. | **NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. RULE 12(b)(6)** |
| OCWEN FINANCIAL CORPORATION, AND DOES 1 THROUGH 20; | |
| Defendants. | [Motion and Request for Judicial Notice filed concurrently herewith] |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| | Complaint filed: December 27, 2011 |
| | SAC filed: August 7, 2012 |
| | DATE:   October 12, 2012 |
| | TIME:   11:00 a.m. |
| | Ctrm:   15 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ocwen Loan Servicing, LLC ("OLS") and Ocwen Financial Corporation ("Defendant") (OLS and Defendant, collectively are "Defendants") will and hereby do move this Court to dismiss, with prejudice, the Second Amended Complaint ("SAC") filed by CHAUNTEL RAMPP ("Plaintiff") on file herein.

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6), on the

1

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND**

1  grounds that the SAC fails to state a claim upon which relief may be granted.

2  . The Motion is based upon this Notice, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument that may be presented at the time of the hearing. However, there will be **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**.

Pursuant to Local Rule 7-1, "Any Opposition to a motion must be served and filed not less than 14 days before the hearing date." Failure to file a timely opposition may be deemed by the Court that there is no opposition to the motion and the relief requested.

DATED: August 24, 2012

**HOUSER & ALLISON**
A Professional Corporation

/s/ *Bryan P. Regan*
ERIC D. HOUSER
BRYAN P. REGAN
Attorneys for Defendants,
Ocwen Loan Servicing, LLC
and Ocwen Financial Corporation

2

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Drive, Suite 200 Carlsbad, California 92011

On **August 24, 2012**, I served the following document(s) described as follows:

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)**

on the following interested parties in this action:

    Joseph J. Rego, Esq. (SBN: 163183)
    Law Office of Joseph Rego
    3443 Camino Del Rio S., Ste 300
    San Diego, CA 92108

[X]    **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF system to the e-mail addresses listed above. I am readily familiar with firm's Microsoft Outlook e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete, without error.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on **August 24, 2012** at Carlsbad, California.

                         /s/ Bryan P. Regan

1

**CERTIFICATE OF SERVICE**