1  ERIC D. HOUSER #130079
   BRYAN P. REGAN # 256879
2  HOUSER & ALLISON
   A Professional Corporation
3  Carlsbad Pacific Center 1
   701 Palomar Airport Road, Suite 200
4  Carlsbad, California 92011
   Telephone:    (760) 603-9664
5  Facsimile:    (760) 603-9668
   E-Mail: bregan@houser-law.com
6

7  Attorneys for Defendant, Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation

8
               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10 CHAUNTEL RAMPP,                         Case No. 3:11-cv-03017-BTM-NLS

11         Plaintiff                       Hon. Barry Ted Moskowitz

12 v.                                      **REQUEST FOR JUDICIAL NOTICE IN
                                           SUPPORT OF DEFENDANTS' MOTION
13                                         TO DISMISS PLAINTIFF'S SECOND
   OCWEN FINANCIAL CORPORATION,            AMENDED COMPLAINT AND
14 AND DOES 1 THROUGH 20;                  DECLARATION OF BRYAN P. REGAN
                                           IN SUPPORT THEREOF**
15         Defendants.

16

17

18

19     Pursuant to *Evidence Code* §§451 and 452, **PLEASE TAKE NOTICE** that Defendants,

20 OCWEN LOAN SERVICING, LLC ("OLS") and OCWEN FINANCIAL CORPORATION

21 ("Defendant") (OLS and Defendant collectively are "Defendants"), submit the following

22 Request for Judicial Notice in support of its Motion to Dismiss Plaintiff's Second Amended

23 Complaint.  The following documents are officially recorded public documents maintained by a

24 county government agency, the date of when recorded and the contents contained therein at the

25 time of recording, are facts not reasonably subject to dispute and capable of immediate and

26 accurate determination by resort to sources of reasonably indisputable accuracy.  This Court may

27 take judicial notice of various recorded documents including documents related to deeds of trust

28
                                           1

   **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO**

securing a promissory note. *See* Poseidon Development, Inc. v. Woodland Lane Estates, LLC, 152 Cal.App.4th 1106, 1116-1117 (2007).

Additionally, the Court may take judicial notice of documents which are central to Plaintiff's claims. *See,* Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994); United States v. Ritchie, 342 F.3d 903, 907 (9th Cir. 2003). Finally, Evidence Code §452(d) specifies that judicial notice may be taken of "[r]ecords of (1) any court of this state or (2) any court of record of the United States or of any state of the United States." Accordingly, Defendant Ocwen respectfully requests that the Court take judicial notice of the following documents:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Deed of Trust ("DOT") (recorded as instrument #2005-0787005 in the Official Records of San Diego County September 12, 2005) in the amount of $400,000.00 ("Loan #1") which was secured by real property located at **244 Avalon Drive, Vista, California 92084** (the "Property"). The DOT identifies Fremont Investment & Loan ("Fremont") as the lender, Plaintiff and her ex-husband as the Borrowers, Fremont General Credit Corporation ("Fremont Credit") as the trustee, and Mortgage Electronic Registration Services ("MERS") as the beneficiary and nominee for the lender.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the second DOT ("Second DOT") (recorded as instrument #2005-0787006 in the Official Records of San Diego County on September 12, 2005) in the amount of $100,000.00 ("Loan #2") which was secured by the Property. The Second DOT identifies Fremont as the lender, Plaintiff and her ex-husband as the Borrowers, Fremont Credit as the trustee, and MERS as the beneficiary and nominee for the lender.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Default recorded against the Property on January 22, 2009 indicating Plaintiff was $18,956.41 in arrears pursuant to their obligations under the DOT (Loan #1). The Notice of Default was recorded as instrument #2009-0029017 in the Official Records of San Diego County on January 22, 2009.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO**

4.     Attached hereto as **Exhibit 4** is a true and correct copy of the Substitution of Trustee whereby Quality Loan Services Corporation substituted in as trustee of the loan on January 29, 2009.  This Substitution of Trustee was recorded in the Official records of the County of San Diego on March 5, 2009 as document # 2009-0110177.

5.     Attached hereto as **Exhibit 5** is a true and correct copy of the Assignment of the DOT filed on February 18, 2011 whereby the beneficial interest under the DOT (Loan #1) was assigned to HSBC Bank USA, National Association, As Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM1 ("HSBC Bank as Trustee").   The Assignment was recorded in the Official records of the County of San Diego on March 5, 2009 as document # 2009-0110500.

6.     Attached hereto as **Exhibit 6** is a true and correct copy of the case docket for this matter filed in the U.S. District Court, Southern District of California, bearing case number 3:11-cv-03017-BTM-NLS.

7.     Attached hereto as **Exhibit 7** is a true and correct copy of the Court's July 23, 2012 Order on Defendant's Motion to Dismiss Plaintiff's FAC and Preliminary Injunction Motion (the "Order").

DATED: <u>August 24, 2012</u>

                                                **HOUSER & ALLISON**
                                                A Professional Corporation

                                                */s/ Bryan P. Regan*
                                                ERIC D. HOUSER
                                                BRYAN P. REGAN
                                                Attorneys for Defendants,
                                                Ocwen Loan Servicing, LLC and Ocwen
                                                Financial Corporation

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO**

**DECLARATION OF BRYAN P. REGAN**

I, Bryan P. Regan, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney with the law firm of HOUSER & ALLISON, a Professional Corporation, and counsel of record for Defendants, OCWEN LOAN SERVICING, LLC and OCWEN FINANCIAL CORPORATION.  Based on the foregoing, I have personal knowledge of the facts set forth below, and if called upon to testify thereto, I could and would do so competently and truthfully.

2.     This Declaration is made in support of Defendants' Request for Judicial Notice and to authenticate the documents of which judicial notice is requested.

3.     I attached to the Request for Judicial Notice as **Exhibit 1** a true and correct copy of the Deed of Trust ("DOT") (recorded as instrument #2005-0787005 in the Official Records of San Diego County September 12, 2005) in the amount of $400,000.00 ("Loan #1") which was secured by real property located at **244 Avalon Drive, Vista, California 92084** (the "Property"). The DOT identifies Fremont Investment & Loan ("Fremont") as the lender, Plaintiff and her ex-husband as the Borrowers, Fremont General Credit Corporation ("Fremont Credit") as the trustee, and Mortgage Electronic Registration Services ("MERS") as the beneficiary and nominee for the lender.  The copy of the Deed of Trust was obtained from the San Diego County Recorder's Office and I have not altered it in any way.

4.     I attached to the Request for Judicial Notice as **Exhibit 2** a true and correct copy of the second DOT ("Second DOT") (recorded as instrument #2005-0787006 in the Official Records of San Diego County on September 12, 2005) in the amount of $100,000.00 ("Loan #2") which was secured by the Property.  The Second DOT identifies Fremont as the lender, Plaintiff and her ex-husband as the Borrowers, Fremont Credit as the trustee, and MERS as the beneficiary and nominee for the lender.  The copy of the Second Deed of Trust was obtained from the San Diego County Recorder's Office and I have not altered it in any way.

5.     I attached to the Request for Judicial Notice as **Exhibit 3** a true and correct copy of the Notice of Default recorded against the Property on January 22, 2009 indicating Plaintiff

4

was $18,956.41 in arrears pursuant to their obligations under the DOT (Loan #1). The Notice of Default was recorded as instrument #2009-0029017 in the Official Records of San Diego County on January 22, 2009. The copy of the Notice of Default was obtained from the San Diego County Recorder's Office and I have not altered it in any way.

6. I attached to the Request for Judicial Notice as **Exhibit 4** a true and correct copy of the Substitution of Trustee whereby Quality Loan Services Corporation substituted in as trustee of the loan on January 29, 2009. This Substitution of Trustee was recorded in the Official records of the County of San Diego on March 5, 2009 as document # 2009-0110177. The copy of the Substitution of Trustee was obtained from the San Diego County Recorder's Office and I have not altered it in any way.

7. I attached to the Request for Judicial Notice as **Exhibit 5** a true and correct copy of the Assignment of the DOT filed on February 18, 2011 whereby the beneficial interest under the DOT (Loan #1) was assigned to HSBC Bank USA, National Association, As Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM1 ("HSBC Bank as Trustee"). The Assignment was recorded in the Official records of the County of San Diego on March 5, 2009 as document # 2009-0110500. The copy of the Assignment of the DOT was obtained from the San Diego County Recorder's Office and I have not altered it in any way.

8. I attached to the Request for Judicial Notice as **Exhibit 6** a true and correct copy of the case docket for this matter filed in the U.S. District Court, Southern District of California, bearing case number 3:11-cv-03017-BTM-NLS. The copy of the Case Docket was obtained from the Federal District Court website, PACER, and I have not altered it in any way.

9. I attached to the Request for Judicial Notice as **Exhibit 7** a true and correct copy of the Court's July 23, 2012 Order on Defendant's Motion to Dismiss Plaintiff's FAC and Preliminary Injunction Motion (the "Order").

/s/ *Bryan P. Regan*
BRYAN P. REGAN

5

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO**

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA    )
                       ) SS
3

COUNTY OF SAN DIEGO   )

4

     I am employed in the County of San Diego, State of California.  I am over the age of 18
5

and not a party to the within action.  My business address is 701 Palomar Airport Drive, Suite
200 Carlsbad, California 92011
6

     On **August 24, 2012**, I served the following document(s) described as follows:
7

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO**
8

**DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

9

On the following interested parties in this action:

10

Joseph J. Rego, Esq. (SBN:163183)
11

Law Office of Joseph Rego
3443 Camino Del Rio S., Ste. 300
12

San Diego, CA 92108

13

[X]   **BY ELECTRONIC MAIL:**  I transmitted the document(s) listed above electronically
14

either by e-mail or by electronic filing through the CM/ECF system to the e-mail
addresses listed above.  I am readily familiar with firm's Microsoft Outlook e-mail
15

system and the United States District Court's CM/ECF System, and the transmission was
reported as complete, without error.
16

I declare under penalty of perjury, under the laws of the State of California that the
17

foregoing is true and correct.

18

19

Executed on **August 24, 2012** at Carlsbad, California.

20

/s/ *Bryan P. Regan*
21

22

23

24

25

26

27

1

28

**CERTIFICATE OF SERVICE**