# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP,<br><br>              Plaintiff,<br>   v.<br><br>OCWEN FINANCIAL CORPORATION, AND DOES 1 THROUGH 20,<br><br>              Defendants. | Case No. 11cv3017 BTM(NLS)<br><br>**ORDER DENYING MOTION TO DISMISS, SETTING DEADLINE FOR ANSWER, AND ALLOWING LIMITED DISCOVERY** |

For the reasons set forth at the September 25, 2012 hearing, Defendant's motion to dismiss [Doc. No. 42] is **DENIED**.  Defendant shall file an answer to the Second Amended Complaint within 20 days of the entry of this Order.  Magistrate Judge Stormes will hold an Early Neutral Evaluation conference on **November 6, 2012 at 2:30 p.m.**

The Court authorizes immediate discovery on the issue of who the proper defendant is.  Plaintiff may file a Third Amended Complaint, if necessary, on or before **December 26, 2012**.

**IT IS SO ORDERED.**

DATED: September 25, 2012

                                                                    BARRY TED MOSKOWITZ, Chief Judge
                                                                    United States District Court