UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OCWEN FINANCIAL CORPORATION ) <br> AND DOES 1 THROUGH 20, ) <br> ) <br> Defendants. ) | Civil No. 11cv3017 BTM (NLS) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION AND SETTING A STATUS CONFERENCE WITH COUNSEL ONLY** |

The court held an Early Neutral Evaluation on November 6, 2012. The case did not settle. The court now **SETS** a telephonic status conference with counsel only for **December 7, 2012 at 10:00 a.m.** Plaintiff's counsel shall arrange the conference call.

**IT IS SO ORDERED.**

DATED: November 7, 2012

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court