Joseph J. Rego, Esq. (SBN: 163183)
Law Office of Joseph Rego
3443 Camino Del Rio S., Ste. 212
San Diego, CA 92108
Tel: (619) 564-8725
Fax: (619) 564-8807
Email: joerego@regolaw.com

Attorney for Plaintiff CHAUNTEL RAMPP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION,<br>OCWEN LOAN SERVICING LLC,<br>NOMURA CREDIT & CAPITAL, INC.,<br>EQUITY ONE, INC.,<br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Defendant(s). | Case Number: 11-cv3017 BTM (NLS)<br><br>**Declaration of Plaintiff's Counsel Re: Interim Suspension of Plaintiffs Counsel to Practice Law Pursuant to Rule 9(10)**<br><br>Hon. Chief Judge Barry Ted Moskowitz |

Please take notice:

It is with great embarrassment to plaintiff Counsel, he must request recusal pursuant to Ca. Rule 9(10) because he did not pass the MPRE Exam in 2013, and is suspended pending further order of the State Bar Court of California.

Counsel has petitioned the State Bar Court for permission to practice, while he awaits the next ethics examination to be given March 29, 2014, Counsel has registered for the exam.

Unless or until however there is an order from the State Bar Court, which would authorize Counsel to practice law while he waits to sit for the next exam to be administered March 29, 2014, counsel may not represent his client. Law in motion is set for January 24, 2014.

Counsel request of opposing counsel a continuance of the law in motion mater set for January 24, 2014.

Counsel apologizes to this Occur for any inconvenience counsel knows how very busy this court is, and apologizes for any imposition of this Court calendar.

I write this declaration under the penalty of perjury.

/s/Joseph Rego

Dated: January 07, 2014