ROSEMARY MEAGHER-LEONARD (SBN: 93436)
ATTORNEY AT LAW
4456 Florida Street
San Diego, CA 92116
Telephone: (619) 295-8705
Facsimile: (619) 295-8705
E-Mail: rosemaryleonard@cox.net
Attorney for Plaintiff
Chauntel Rampp

ERIC D. HOUSER (SBN 130079)
GABRIEL OZEL (SBN 269098)
HOUSER & ALLISON
A Professional Corporation
Carlsbad Pacific Center 1
701 Palomar Airport Road, Suite 200
Carlsbad, California 92011
Telephone:  (760) 603-9664
Facsimile:   (760) 603-9668
E-Mail: gozel@houser-law.com
Attorneys for Defendants, Ocwen Loan Servicing, LLC and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP,<br><br>　　　　Plaintiff<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, NOMURA CREDIT & CAPITAL, INC., EQUITY ONE, INC., WELLS FARGO BANK NATIONAL ASSOCIATION, HSBC BANK USA NATIONAL ASSOIACTION,<br><br>　　　　Defendants. | Case No. 3:11-cv-03017-BTM-NLS<br><br>Hon. Barry Ted Moskowitz<br><br>**JOINT STIPULATION TO RELEASE FUNDS HELD BY CLERK OF THE COURT**<br><br>Complaint filed: 12/27/11<br>First Amended Complaint filed: 1/18/12<br>Second Amended Complaint filed: 8/7/12<br>Third Amended Complaint filed: 1/28/13 |

1

Counsel for Plaintiff Chauntel Rampp, ROSEMARY MEAGHER-LEONARD, and Counsel for Defendants Ocwen Loan Servicing, LLC ("Ocwen") and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1 ("HSBC Bank as Trustee") (collectively, "Defendants"), GABRIEL OZEL, have met and conferred regarding this matter and with this Court's approval, agree as follows:

WHEREAS, the Parties have negotiated a potential resolution of this lawsuit and the Parties are in the process finalizing this settlement; and

WHEREAS, in order to finalize the settlement, the parties have agreed that the funds currently held on account by the Clerk of the Court in the amount of $74,133.71 shall be distributed to Plaintiff for the sole purpose of a down payment to be deposited into escrow for the real property settlement purchase price; and

WHEREAS, the Parties have agreed that should the settlement fail to materialize and the transaction for the real property as contemplated by the parties fail to occur that the full amount of $74,133.71 shall be re-deposited; and

WHEREAS, the Parties have agreed that said payment shall be made to Plaintiff forthwith.

WHEREAS, the Parties have met and conferred and stipulate as follows:

1. The funds in the amount of $74, 133.71 held in account by the Clerk of the Court with respect to the above entitled matter are to be distributed to Chauntel Rampp in accordance with the terms of the stipulation.

.

Dated: _____, 2015        **HOUSER & ALLISON**
A Professional Corporation

_____
GABRIEL OZEL
Attorneys for Defendants,
Ocwen Loan Servicing, LLC and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1

Dated: January 27, 2015        _____
ROSEMARYMEAGHER-LEONARD
Attorney for Plaintiff,
Chauntel Rampp

3

Case No.: 3:11-CV-03017-BTM-NLS

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF SAN DIEGO     )

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Drive, Suite 200, Carlsbad, California 92011

On  , I served the following document(s) described as follows:

On the following interested parties in this action:

*Attorney for Plaintiff*

[ X ] <u>BY ELECTRONIC MAIL</u>: I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on   , at Carlsbad, California.

/s/_____

1

CERTIFICATE OF SERVICE