ROSEMARY MEAGHER-LEONARD (SBN: 93436)
ATTORNEY AT LAW
4456 Florida Street
San Diego, CA 92116
Telephone: (619) 295-8705
Facsimile: (619) 295-8705
E-Mail: rosemaryleonard@cox.net
Attorney for Plaintiff
Chauntel Rampp

ERIC D. HOUSER (SBN 130079)
GABRIEL OZEL (SBN 269098)
HOUSER & ALLISON
A Professional Corporation
Carlsbad Pacific Center 1
701 Palomar Airport Road, Suite 200
Carlsbad, California 92011
Telephone:   (760) 603-9664
Facsimile:    (760) 603-9668
E-Mail: gozel@houser-law.com
Attorneys for Defendants, Ocwen Loan Servicing, LLC and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNTEL RAMPP,<br><br>         Plaintiff<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, NOMURA CREDIT & CAPITAL, INC., EQUITY ONE, INC., WELLS FARGO BANK NATIONAL ASSOCIATION, HSBC BANK USA NATIONAL ASSOICATION,<br><br>         Defendants. | Case No. 3:11-cv-03017-BTM-NLS<br><br>Hon. Barry Ted Moskowitz<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint filed: 12/27/11<br>First Amended Complaint filed: 1/18/12<br>Second Amended Complaint filed: 8/7/12<br>Third Amended Complaint filed: 1/28/13 |

Page **1** of **3**

Now comes the Plaintiff Chauntel Rampp ("Plaintiff"), and Defendants Ocwen Loan Servicing, LLC ("Ocwen"), and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1 ("HSBC") (collective, "Defendants"), by and through their undersigned counsel of record state as follows:

The dispute between Plaintiff and Defendants has been settled. There are no remaining parties in this action.

IT IS HEREBY STIPULATED between Plaintiff and Defendants that the above action be dismissed with prejudice and that each side shall bear their own costs and attorney fees.

Dated: March 4, 2015

**HOUSER & ALLISON**
A Professional Corporation

*/s/ Gabriel Ozel*
GABRIEL OZEL
Attorneys for Defendants,
Ocwen Loan Servicing, LLC and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1

Dated: March 10, 2015

*/s/RosemaryMeagher-Leonard*

ROSEMARYMEAGHER-LEONARD
Attorney for Plaintiff,
Chauntel Rampp

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
                                   ) SS
COUNTY OF SAN DIEGO )

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Drive, Suite 200, Carlsbad, California 92011

      On  , I served the following document(s) described as follows:

On the following interested parties in this action:

   *Attorney for Plaintiff*

[ X ]  <u>BY ELECTRONIC MAIL</u>: I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on  , at Carlsbad, California.

                                                            */s/*_____

---

Case No.: 3:11-CV-03017-BTM-NLS