1  ROSEMARY MEAGHER-LEONARD (SBN: 93436)
ATTORNEY AT LAW
2  4456 Florida Street
3  San Diego, CA 92116
Telephone: (619) 295-8705
4  Facsimile: (619) 295-8705
E-Mail: rosemaryleonard@cox.net
5  Attorney for Plaintiff
6  Chauntel Rampp

7
8  ERIC D. HOUSER (SBN 130079)
GABRIEL OZEL (SBN 269098)
9  HOUSER & ALLISON
A Professional Corporation
10  Carlsbad Pacific Center 1
701 Palomar Airport Road, Suite 200
11  Carlsbad, California 92011
Telephone:   (760) 603-9664
12  Facsimile:   (760) 603-9668
13  E-Mail: gozel@houser-law.com
14  Attorneys for Defendants, Ocwen Loan Servicing, LLC and HSBC Bank USA,
National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-
15  Backed Certificates, Series 2006-FM1

16          **UNITED STATES DISTRICT COURT**
17          **SOUTHERN DISTRICT OF CALIFORNIA**

18  CHAUNTEL RAMPP,                    | Case No. 3:11-cv-03017-BTM-NLS
19                  Plaintiff          |
                                       | Hon. Barry Ted Moskowitz
20  v.                                 |
21  OCWEN FINANCIAL                    | **JOINT STIPULATION TO**
22  CORPORATION, OCWEN LOAN            | **RELEASE FUNDS HELD BY**
    SERVICING, LLC, NOMURA             | **CLERK OF THE COURT**
23  CREDIT & CAPITAL, INC., EQUITY     |
    ONE, INC., WELLS FARGO BANK        | Complaint filed: 12/27/11
24  NATIONAL ASSOCIATION, HSBC         | First Amended Complaint filed: 1/18/12
25  BANK USA NATIONAL                  | Second Amended Complaint filed:
    ASSOIACION,                        | 8/7/12
26                                     | Third Amended Complaint filed:
27                  Defendants.        | 1/28/13
28

                              1

_____

Counsel for Plaintiff Chauntel Rampp, ROSEMARY MEAGHER-LEONARD, and Counsel for Defendants Ocwen Loan Servicing, LLC ("Ocwen") and HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM1 ("HSBC Bank as Trustee") (collectively, "Defendants"), GABRIEL OZEL, have met and conferred regarding this matter and with this Court's approval, agree as follows:

WHEREAS, the Parties have negotiated a potential resolution of this lawsuit and the Parties are in the process finalizing this settlement; and

WHEREAS, in order to finalize the settlement, the parties have agreed that the funds currently held on account by the Clerk of the Court in the approximate amount of $74,133.71, plus additional funds deposited since February 9, 2015 shall be distributed to Plaintiff's attorney Rosemary Meagher-Leonard and shall be placed in her trust account for distribution to Plaintiff, and

WHEREAS, the Parties have agreed that said payment shall be made to Plaintiff forthwith.

WHEREAS, the Parties have met and conferred and stipulate as follows:

1.      The funds in the amount of $74,133.71 plus additional funds deposited since February 9, 2015  held in account by the Clerk of the Court with respect to the above entitled matter are to be distributed to Rosemary Meagher-Leonard to deposit in her trust account for Chauntel Rampp in accordance with the terms of the stipulation.

2

1  .

2

3  Dated: August 24, 2015                     **HOUSER & ALLISON**
                                              A Professional Corporation
4                                              *S/Gabriel Ozel*
                                              _____
5
                                              GABRIEL OZEL
6                                              Attorneys for Defendants,
                                              Ocwen Loan Servicing, LLC and HSBC
7                                              Bank USA, National Association, as
                                              Trustee for Nomura Home Equity Loan,
8                                              Inc., Asset-Backed Certificates, Series
                                              2006-FM1
9

10

11

12  Dated: August 24, 2015                     *s/RosemaryMeagher-Leonard*
                                              _____
13                                            ROSEMARYMEAGHER-LEONARD
                                              Attorney for Plaintiff,
14                                            Chauntel Rampp
15

16
                                              s/Chauntel *Rampp*
17  Dated: August 24, 2015                     _____
18                                            CHAUNTEL RAMPP

19

20

21

22

23

24

25

26

27

28

3

1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          )
                             ) SS
COUNTY OF SAN DIEGO          )

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Drive, Suite 200, Carlsbad, California 92011

On July 24, 2015**,** I served the following document(s) described as follows:

**Stipulation and Order**

On the following interested parties in this action:


GABRIEL OZEL, Attorney for Defendants at gozel@houser-law.com

[ X ]    BY ELECTRONIC MAIL: I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on   July 24, 2015, San Diego, California.

*/s/R. Leonard*_____

Page **1** of **5**